Name: Rudolph Serrano
Address: 9686 Asbury Ln, Alb- NM

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
16 APR 22 PM 3:12
CLERK ALBUQUERQUE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Rudolph Serrano, Plaintiff
(Full Name)

CASE NO. 16CV332 KK
(To be supplied by the Clerk)

v.

Lemuel L. Martines
Sargent Buhl
Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Rudolph Serrano (Plaintiff), is a citizen of Florida (State) who presently resides at 9686 Asbury Ln Tempadd (Mailing address or place of confinement)

2) Defendant Sargent Buhl (Name of first defendant) is a citizen of Rio Rancho (City, State), and is employed as Sargent R.R. Police (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes [X] No [ ]   If your answer is "Yes", briefly explain:

Sargent in uniform meet and confer malliciously with Lemuel Martinez D-A

XE-2    2/78    CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

"ATTACHMENT 2"

3) Defendant __Lemvel L. Martinez__ is a citizen of
   (Name of second defendant)
__Rio Rancho__, and is employed as
   (City, State)
__District Attorney__. At the time the claim(s)
   (Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☒   No ☐   If your answer is "Yes", briefly explain:

Mr Lemvel L. Martinez is former District Attorney, and knows this matter is open civil court against Sargen Buhl

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case. See Att 1

On April 13 officer Mckinegy and ~~office~~ B Sgt Buht, where serve by federal Marshalls Civil Action 1CE3k0-KK for the False allegations that allready cause a 8 month detriment of heath in Petitioner, that is secuestred by the State of New Mexico, with overpower indictment and "Retaliate" against Petitioner bring in another Target investigation, in a case drop twise, for satisfaction to XE-treatment and lack of elements to start with. with the only intention to create extreme tention in petitioner and me false confetion, in abuse of his 2/7 stress condition

C)(1) Count I: Retaliation

(2) Supporting Facts: Even do, denfendant was to be found guilty in a court of law, the penalty for the first violation of a none violent restraining order /5 months or P.T.S.D. from rape of alexis villegas or the assumption since mom inform Petitione she did, knowingly I can't proseculta. The Dr. is conform with the work we got also this allready was drop. Not only for disability, but because as we will see I was not violating and officer Mckinney and Sgt Buhl "lie" in the reports see Co 1a 1063KGKK

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☒  No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Plaintiff- Rudolf Serrano

a) Parties to previous lawsuit.
~~Plaintiffs:~~ Buhl and CF Mckinney
Defendants: _____

b) Name of court and docket number:
CV-1063 KG-KK

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Still pending Officer Mckinney answer to Interrogaties

d) Issues raised: False arrest, False Imprisonment descrimination,

e) Approximate date of filing lawsuit: **Nov 2015**

f) Approximate date of disposition: **See Case # 1:15-cv-01063 Job FCd9759c-f61b-4eab-a52e-ea5911906B66**

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐  No ☒  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

**Mayor Hull said just that I have to go the the process he gets 10 Lawsuit a day.**

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

**500,000.00 The Rio Rancho Police Dept. and D.A. Office continue to detriment my heath from a deadly illness by kiddnaping one with legal "Evils of delay" ill from past since they have nothing present.**

_____                    _____
Signature of Attorney (if any)                    Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____
                   (Location)                                             (Date)

                                                        _____
                                                                  (Signature)

Attachment 1

Ground one.- Universal Declaration of Human Rights equal Protection Amendment. The equal protection principle is exclusively associated with written constitution and embodies guaranties of equal treatment normally applied not only to procedural enforcement of laws, but also to the substantive Constitutional Principle which demands That laws be legitimate only if they can be describe as Just and equal. The U>S>C>A> constitutional amendment reads equal protection my be violated, by a gross abuse of power, individual discrimination, or fundamental unfair Procedures, this is the inescapable Judicial Task. IT MUST NOT BE, and exercise of whim or will It must be an overriding judgment founded more much deeper and more justifiable than (sex) preference Sweezy. new Hampshire3 354 243,234,267 U.S. ct 1220,ed 2d.

AH 2 cvi

**From:** Rudolph Serrano <rudyforburque@aol.com>
**To:** rudyforburque <rudyforburque@aol.com>
**Subject:** dissmiss
**Date:** Wed, Apr 20, 2016 12:00 pm

Rudolph Serrano
rudyforburque@aol.comrudyforburque@aol.com
.- Against multiple punishment doctrine, the double Jeopardy clause of the Fifth amendment

On due process clause, Benton, Maryland, 395 U.S. 748 (1969), provides nor shall any person subject to

the same offence to be twice in jeopardy of limb or limb," U.S. ina v3 in an oft-repeated passage, The

State Of New Mexico.

Sandoval County.

Case Num. 15004528

Div.3

M-4S-FR-2015-00454

City of Rio Rancho

    Vs

Rudolph Serrano.

            Motion to Dismiss Indictment.

**Resp. Judge Delilah Montano Baca.**

Here COMES NOW. Rudolph Serrano Pro Se. Pending Representation and Respectfully request as follow.

Pursuant to rule 7 pleadings (6) motions (1) complaint.

It is an error of the court, not only to aggravate the charge to Stalking 4 degree felony, as violation of

Restraining order do the following grounds.

Ground 1.- Universal Declaration of human rights equal protection Amendment. The equal protection

Principle is exclusively associated with written constitution and embodies guaranties of equal treatment

Normally applied not only to procedural enforcement of laws, but also the Laws be legitimate only if

they can be describe as just and equal, .the U.S.C.A. constitutional amendment reads equal protection

my be violated, by a gross abuse of power, individual discrimination, or fundamental unfair Procedures,

this is inescapable to it Judicial Task.IT MUST NOT BE,AND EXERCISE OF WHIM OR WILL. It MUST BE.

Founded much more deeper and more justifiable than preference, Sweezy,New Hampshire,3 354

243,267 U.S.

Discussion: Sgt Buhl is acting in direct Retaliation against Defendant, in violation of Rules of procedure

Acting under a redistricted manner with the only purpose to achieve a racial outcome against federal

Law. By knowingly he doest not have the required elements to satisfy the nature of the charges, that he

Accused defendant.  And with the only intention to stigmatize defendant as a public threat, condemning

Him as a second class citizen, permanently diminishing his citizen as Constitutional rights. By not only

Meeting in hiding, evil doing, but also against rule 16-106NMRA of the rules of professional conduct.

Also against rule 404 character evidence, using character evidence ..... Knowing is not admissible. Also against

rule 5-501 Disclosure to the State (4)Scope of duty of information, produce items, to the defendant, and

essential for his defense, hide or suppress items, (like 5 month therapy and treatment visitations for the

P.T.S.D. produce when victim Alexis Villegas was sent to get Rape by his secretary (the Gay Guy)so he

Forgot about crush in defendant and concentrate in making money. Case pending in Federal

Investigations because , officer McKinney has not answer the Interrogatories. See attachment 1 action

This same manner under District court, where Defendant Sargent Buhl Officer McKinney have not

PRODUCE the Name of the (Gay Guy secretary of the mom.)PUTTING THEIR CAREERS IN JEOPARDY. For

also impairing the allegations that I report in Rio Rancho police that I was invited there (ENTRAPMENT)

,ALSO THAT WAS Minor Delilah Villegas sister, the one that was in danger of (the Guy Gay Secretary of the mom).

Civil Action 1:15-cv-01064.wpl as well as!;15-cv-01064. That where serve to them Priior to Filing this

'RETALIATION'. Putting me as well as an stranger when I was a friend of 15 years, in which my service of

Couching the girls, was used only to have stronger Sex at night. Instead of building Religiosity as they

Agreed to do. As will phone records will show in Federal suit.

Ground Two.Supreme Court Stated a tripartite model of the double Jeopardy Clause:" It protects against

A second Prosecution for the same offence. This matter was dismiss by Honorable Judge Jacqueline

Flores. In which after 7 months of intense incarceration. The State does not have a good faith basis

To assert that the defendant is dangerous to the community as the term is defined in NMSA

1978, section 31-9-21.2(d) 1999):civil cause. In wich the family said."She wanted a dick and got what she

wanted. How much money do I want". And after 5 years of trying to bring her what I thought it was

Justice. Seemingly that under a Woman Society control. The Issue of raping girls under 12 years of age,

even do ,The Evil that that bring, is not something I can fight nor should I try to prosecute nor persecute

And suggested by clinical Psychiatrist. And in which only the economic losses from the demising out

casting from the community and open apology, are on the table. The protection order which is in motion

to consolidate all cases in federal court in total. Know Seven by tomorrow. Will show that I never had

contact and all was frame by money and power with the only purpose to agglomerate the Cement and

Gravel business just to the Villegas Family, Betraying friendship and business relations for economic

growth.

OFFICE OF THE DISTRICT ATTORNEY
THIRTEENTH JUDICIAL DISTRICT
CIBOLA, SANDOVAL AND VALENCIA COUNTIES

LEMUEL L. MARTINEZ
District Attorney

April 14, 2016

Rudolph Serrano
9686 Asbury Lane NW
Albuquerque, NM  87114

RE:  State of New Mexico vs. Rudolph Serrano, SV 15 2365

Dear Rudolph Serrano,

You are the target of a grand jury investigation in the COUNTY OF SANDOVAL. The crimes being investigated are: **Aggravated stalking (violation of protection order), §30-03A-01, NMSA 1978; Violation of restraining order prohibiting domestic violence, §40-13-06, NMSA 1978, which are alleged to have occurred on or about   June 27, 2015 in COUNTY OF SANDOVAL**, New Mexico.  Other possible charges may arise from the grand jury investigation.

You have the following rights with respect to this investigation:

(1)     You have a right to counsel to assist you in this matter.  If you cannot afford an attorney, one will be appointed for you.

(2)     You have a right to testify before the grand jury if you desire.

(3)     You have a right not to testify.

(4)     You have a right to submit proposed questions and exhibits to the prosecution[3].

(5)     You have a right to alert the grand jury to the existence of evidence that would disprove or reduce an accusation or that would make an indictment unjustified, by notifying the prosecution[3].

This case will be presented to the grand jury on ***April 28, 2016 at 1:30 p.m.*** at the Sandoval County Building,1500 Idalia Rd., Building D, Room #1046, Bernalillo, NM 87004. If you wish to testify at this proceeding, you may appear at that time and place.  You or your attorney may submit proposed questions and exhibits to the district attorney at least forty-eight (48) hours prior to the grand jury proceeding. If you or your attorney wish to submit proposed questions or exhibits, call Sean Fitting, Assistant District Attorney, at 505-771-7400.

**From:** Rudolph Serrano <rudyforburque@aol.com>
**To:** rudyforburque <rudyforburque@aol.com>
**Subject:** dissmiss
**Date:** Wed, Apr 20, 2016 12:00 pm

Rudolph Serrano
rudyforburque@aol.comrudyforburque@aol.com
.- Against multiple punishment doctrine, the double Jeopardy clause of the Fifth amendment

On due process clause, Benton, Maryland, 395 U.S. 748 (1969), provides nor shall any person subject to

the same offence to be twice in jeopardy of limb or limb," U.S. ina v3 in an oft-repeated passage, The

State Of New Mexico.

Sandoval County.

Case Num ~~~~~~
SV 152365

Div.3

City of Rio Rancho

    Vs

Rudolph Serrano.

        Motion to Dismiss Indictment.

**Resp. Judge Delilah Montano Baca.**

Here COMES NOW. Rudolph Serrano Pro Se. Pending Representation and Respectfully request as follow.

Pursuant to rule 7 pleadings (6) motions (1) complaint.

It is an error of the court, not only to aggravate the charge to Stalking 4 degree felony, as violation of

Restraining order do the following grounds.

Ground 1.- Universal Declaration of human rights equal protection Amendment. The equal protection

Principle is exclusively associated with written constitution and embodies guaranties of equal treatment

Normally applied not only to procedural enforcement of laws, but also the Laws be legitimate only if

they can be describe as just and equal, .the U.S.C.A. constitutional amendment reads equal protection

my be violated, by a gross abuse of power, individual discrimination, or fundamental unfair Procedures,

this is inescapable to it Judicial Task.IT MUST NOT BE,AND EXERCISE OF WHIM OR WILL. It MUST BE.

Founded much more deeper and more justifiable than preference, Sweezy,New Hampshire,3 354

243,267 U.S.

Discussion: Sgt Buhl is acting in direct Retaliation against Defendant, in violation of Rules of procedure

Acting under a redistricted manner with the only purpose to achieve a racial outcome against federal

Law. By knowingly he doest not have the required elements to satisfy the nature of the charges, that he

Accused defendant.  And with the only intention to stigmatize defendant as a public threat, condemning

Him as a second class citizen, permanently diminishing his citizen as Constitutional rights. By not only

Meeting in hiding, evil doing, but also against rule 16-106NMRA of the rules of professional conduct.

Also against rule 404 character evidence, using character evidence ….. Knowing is not admissible. Also against

rule 5-501 Disclosure to the State (4)Scope of duty of information, produce items, to the defendant, and

essential for his defense, hide or suppress items, (like 5 month therapy and treatment visitations for the

P.T.S.D. produce when victim Alexis Villegas was sent to get Rape by his secretary (the Gay Guy)so he

Forgot about crush in defendant and concentrate in making money. Case pending in Federal

Investigations because , officer McKinney has not answer the Interrogatories. See attachment 1 action

This same manner under District court, where Defendant Sargent Buhl Officer McKinney have not

PRODUCE the Name of the (Gay Guy secretary of the mom.)PUTTING THEIR CAREERS IN JEOPARDY. For

also impairing the allegations that I report in Rio Rancho police that I was invited there (ENTRAPMENT)

,ALSO THAT WAS Minor Delilah Villegas sister, the one that was in danger of (the Guy Gay Secretary of the mom).

Civil Action 1:15-cv-01064.wpl as well as!;15-cv-01064. That where serve to them Priior to Filing this

'RETALIATION'. Putting me as well as an stranger when I was a friend of 15 years, in which my service of

Couching the girls, was used only to have stronger Sex at night. Instead of building Religiosity as they

Agreed to do. As will phone records will show in Federal suit.

Ground Two.Supreme Court Stated a tripartite model of the double Jeopardy Clause:" It protects against

A second Prosecution for the same offence. This matter was dismiss by Honorable Judge Jacqueline

Flores. In which after 7 months of intense incarceration. The State does not have a good faith basis

To assert that the defendant is dangerous to the community as the term is defined in NMSA

1978, section 31-9-21.2(d) 1999):civil cause. In wich the family said."She wanted a dick and got what she

wanted. How much money do I want". And after 5 years of trying to bring her what I thought it was

Justice. Seemingly that under a Woman Society control. The Issue of raping girls under 12 years of age, 

even do ,The Evil that that bring, is not something I can fight nor should I try to prosecute nor persecute

And suggested by clinical Psychiatrist. And in which only the economic losses from the demising out

casting from the community and open apology, are on the table. The protection order which is in motion

to consolidate all cases in federal court in total. Know Seven by tomorrow. Will show that I never had

contact and all was frame by money and power with the only purpose to agglomerate the Cement and

Gravel business just to the Villegas Family, Betraying friendship and business relations for economic

growth.

STATE OF NEW MEXICO
SANDOVAL COUNTY MAGISTRATE COURT IN BERNALILLO

> FILED IN
> SANDOVAL COUNTY
> February 23, 2016
> MAGISTRATE COURT
> IN BERNALILLO

State of New Mexico
v
**RUDOLPH SERRANO, Defendant**

No. M-45-FR-2015-00454

## NOTICE OF PRELIMINARY EXAMINATION
### Trailing Docket

| | |
|---|---|
| TO: | |
| Prosecutor: | State of New Mexico |
|  | NM District Attorney 13th - Bernalillo |
| Officer | Brandon Ortiz-Mckinney |
| Defendant: | RUDOLPH SERRANO |
| Defendant Attorney: | Leonard J. Foster |

YOU ARE ordered to appear for a Preliminary Examination before the Honorable Delilah Montano-Baca as follows:

Date of Hearing:   **Wednesday, April 06, 2016**

Time of Hearing:   **8:30 AM**

Place of Hearing:   Courtroom 3
Sandoval County Magistrate Court - Bernalillo
1000 Montoya Rd.
Bernalillo, NM 87004

Matter to be Heard:

**If you fail to appear a warrant may be issued for your arrest.**

Shirley Mangum, Clerk

Please notify the clerk of the court of the nature of any disability at least five (5) days before any hearing, so appropriate accommodations can be made.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on February 23, 2016 to:

| | |
|---|---|
| NM District Attorney 13th - Bernalillo | PO Box 1750 |
|  | Bernalillo NM  87004 |
| Leonard J. Foster | 300 Central AVE SW STE 1200 |
|  | Albuquerque NM  87102-3298 |
| RUDOLPH SERRANO | 9686 ASBURY LANE NW |
|  | ALBUQUERQUE, NM  87114 |
| Brandon Ortiz-Mckinney | Rio Rancho Police Department |
|  | 500 Quantum RD NE |
|  | Rio Rancho, NM  87124 |

Shirley Mangum, Clerk

Distribution  1 copy - Court  1 copy - Defendant   1 copy – Plaintiff   [Approved, May 9, 1991; as amended, December 17, 2001.] TD-NTC-9-501-Notice of Hearing
**Court Information:**
Sandoval County Magistrate Court     1000 Montoya Road
Bernalillo NM  87004   phone (505) 867-5202    (fax) (505) 867-0970     web site: www.nmcourts.gov